IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CAROLYN BELL-SHARPE**                                                **PLAINTIFF**

V.                               **4:23CV00735 JM**

**UNUM LIFE INSURANCE COMPANY**
**OF AMERICA, ALLY FINANCIAL INC.**                              **DEFENDANT**

## ORDER OF DISMISSAL

Pursuant to the Stipulation of Dismissal, this action is dismissed with prejudice.

IT IS THEREFORE ORDERED that this action is dismissed. The Clerk is directed to close the case.

Dated this 12th day of September, 2023.

_____
James M. Moody Jr.
United States District Judge